IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOHN ELIAS SCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>PROVO CITY, UTAH COUNTY, PROVO 4TH DISTRICT COURT, CLAUDIA LAYCOCK, and THOMAS PATTON,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:15-CV-661<br><br>Judge Dee Benson<br>Magistrate Judge Dustin Pead |

    Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on June 17, 2016, recommending that this court: (1) GRANT Defendants' Motion To Dismiss; and (2) DENY as MOOT Plaintiff's Motion to Re-Establish Parent Time. (Dkt. No. 24.)

    The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days of being served. On July 15, 2016, the Plaintiff filed his Objections to Report and Recommendations. (Dkt. No. 25.)

    Having reviewed all relevant materials, including Plaintiff's objection, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and

Recommendation, the court agrees with the analysis and conclusion of the magistrate judge.

Accordingly, the court ADOPTS the Report and Recommendation and issues the following Order. Defendants' Motion to Dismiss is GRANTED. Plaintiff's Motion to Re-Establish Parent Time is DENIED as MOOT.

DATED this 12th day of August, 2016.

_____
Dee Benson
United States District Judge